# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Edward Carroll and Rose Carroll, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Ryan Westby, Randy Westby, R.W. Enterpises, Inc., | ) ) | |
| | ) | Case No. 1:16-cv-020 |
| Defendants. | ) | |

Before the court are motions for attorneys D. Michael Wallach and Cynthia Kent Maragoudakis to appear *pro hac vice* on plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorneys D. Michael Wallach and Cynthia Kent Maragoudakis have affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. They have also paid the required admission fees to the office of the Clerk. Accordingly, the motions (Docket Nos. 3 and 4) are **GRANTED**. Attorneys D. Michael Wallach and Cynthia Kent Maragoudakis are admitted to practice before this court in the above-entitled action on behalf of plaintiffs.

**IT IS SO ORDERED.**

Dated this 10th day of February, 2016.

                                            */s/ Charles S. Miller, Jr.*
                                            Charles S. Miller, Jr.
                                            United States Magistrate Judge