# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Edward Carroll and Rose Carroll, | ) |
| Plaintiffs, | ) **ORDER** |
| vs. | ) |
| Ryan Westby; Randy Westby; and R.W. Enterprises, Inc. | ) Case No. 1:16-cv-20 |
| Defendants. | ) |

Before the court is Plaintiffs' motion to refer to mediation. (Docket No. 17). At this stage in the litigation, the court finds any compelled mediation effort premature. Additionally, the court declines the Plaintiffs' invitation to compel private mediation when the parties may seek mediation through the court free of cost. Accordingly, the court **DENIES** Plaintiffs' motion.

**IT IS SO ORDERED.**

Dated this 25th day of August, 2016.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court