# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Edward Carroll and Rose Carroll, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>Ryan Westby, Randy Westby, and R.W. )<br>Enterprises, Inc., )<br>)<br>)<br>Defendants. ) | **ORDER**<br><br>Case No.1-16-cv-20 |

Before the court is the parties' Stipulation to Extend Deadlines (Docket No. 35), wherein the parties seek the court's leave to extend various deadlines set forth in the court's Scheduling Order. (Docket No. 14). The court **ADOPTS** the stipulation. The following deadlines are amended:

1. The parties shall have until May 10, 2017 to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiffs will designate experts on or before March 1, 2017.

    b. Defendants will designate experts on or before April 3, 2017.

3. The parties shall have until May 10, 2017 to complete discovery depositions of experts witnesses.

4. The parties shall have until January 31, 2017 to move to amend pleadings to add claims or defenses, except for punitive damages for which the deadlines shall be March 1, 2017.

5. Depositions taken for presentation at trial shall be completed by August 1, 2017, subject to further agreement by the parties and approval by the court.

All other deadlines set forth in the prior scheduling/discovery order shall remain in effect.

**IT IS SO ORDERED.**

Dated this 12th December, 2016.

>  /s/  Charles S. Miller, Jr.
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court